UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMMON LEONARD WAIWAIOLE,

    Petitioner,

    v.

A. P. KANE, warden,

    Respondent.
                                              /

No. C 04-3790 SI (pr)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

    Petitioner has filed a request for a certificate of appealability, which this court construes to also be a notice of appeal. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The request for a certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 9.) The clerk shall forward to the Ninth Circuit Court of Appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

    IT IS SO ORDERED.

DATED: June _20__, 2005

                                                            S/Susan Illston
                                                          SUSAN ILLSTON
                                              United States District Judge